# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2020

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Frank, Eric L. | ED Pa - Bankruptcy Court | 12/03/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Bankruptcy Judge | ☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br>**5b.** ☑ Amended Report | 01/01/2020<br>**to**<br>12/31/2020 |

**7. Chambers or Office Address**

U.S. Courthouse
900 Market Street - Room 201
Philadelphia, PA 19107

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Author | Collier on Bankruptcy (bankruptcy treatise) (published by Matthew Bender & Co./Lexis Nexis) |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 12/03/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2020 | Attorney for law firm, Greenblatt, Pierce, Funt & Flores, LLC |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

✔ NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 12/03/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑   NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑   NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Ameriprise Acct 1 (H) | | | | | | | | | |
| 2. - Ameriprise Insured Money Market | A | Dividend | J | T | | | | | |
| 3. - Gateway CL A | A | Dividend | J | T | | | | | |
| 4. - Renaissancere Hldings Ltd Dep Shs RepSTG 1/1000th Ser F PFD 5.75% | A | Dividend | J | T | | | | | |
| 5. | | | | | | | | | |
| 6. Ameriprise Acct 2 (H) | | | | | | | | | |
| 7. - Ameriprise Insured Money Market | A | Dividend | J | T | | | | | |
| 8. - Nationwide Investor Dest Consrv CL A | A | Distribution | J | T | | | | | |
| 9. - Advisors C&S New Econ RL Est 202 | A | Distribution | J | T | | | | | |
| 10. - Brunswick Corp SR Note 6.5% 10/15/2048 | A | Dividend | J | T | | | | | |
| 11. | | | | | | | | | |
| 12. AXA Financial, Inc | A | Dividend | J | T | | | | | |
| 13. | | | | | | | | | |
| 14. Commonwealth Annuity (H) | | | | | | | | | |
| 15. - GA BlackRock Disciplined Core | A | Int./Div. | K | T | | | | | |
| 16. - GA BlackRock Disciplined Value | A | Int./Div. | K | T | | | | | |
| 17. - GA BlackRock Disciplined Intl Core | A | Int./Div. | K | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. - GA Goldman Sachs Core Fixed Income | A | Int./Div. | K | T | | | | | |
| 19. - GA Goldman Sachs Large Cap Gr Insights | A | Int./Div. | J | T | | | | | |
| 20. - GS VIT Equity Index | A | Int./Div. | J | T | | | | | |
| 21. - GS VIT Govt Money Market Fund Serv Shs | A | Int./Div. | J | T | | | | | |
| 22. | | | | | | | | | |
| 23. Fairview, PA Area Municipal Bond | A | Interest | J | T | | | | | |
| 24. | | | | | | | | | |
| 25. Learning Quest 529 #1 | A | Dividend | L | T | | | | | |
| 26. | | | | | | | | | |
| 27. Learning Quest 529 #2 | A | Dividend | J | T | | | | | |
| 28. | | | | | | | | | |
| 29. PNC Bank - Checking & Savings | A | Interest | J | T | | | | | |
| 30. | | | | | | | | | |
| 31. Schwab Acct #1 (H) | | | | | | | | | |
| 32. - 3M Co. | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 33. - A T & T INC | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 34. - AFLAC, Inc. | A | Dividend | | | Sold | 12/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. - Agnico Eagle Mines Ltd | A | Dividend | | | Sold | 12/16/20 | J | C | |
| 36. - Alphabet, Inc. - Class A | A | Dividend | | | Sold | 12/16/20 | J | C | |
| 37. - America Movil SAB | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 38. - American Intl Group | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 39. - Apple Inc. | A | Dividend | | | Sold | 12/16/20 | K | E | |
| 40. - Auto Data Processing | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 41. - Bank of America Corp | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 42. - Blackrock Income CF | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 43. | A | Distribution | | | | | | | |
| 44. - Blackrock Muni Yield Penn | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 45. - Blackrock Res and Cmmdit | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 46. | A | Distribution | | | | | | | |
| 47. - Boeing Co. | A | Dividend | M | T | Sold<br>(part) | 12/16/20 | M | A | |
| 48. | | | | | Sold<br>(part) | 12/18/20 | J | A | |
| 49. - C M S Energy Corp | A | Distribution | | | Sold | 12/16/20 | J | B | |
| 50. - CellCyte Genetics Corp. | A | Dividend | J | T | | | | | |
| 51. - Chemours Co. | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. - CIGNA Corp | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 53. - Colgate-Palmolive Co. | A | Dividend | | | Sold | 12/16/20 | J | D | |
| 54. - Comcast Corp | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 55. - Conoco Phillips | A | Dividend | K | T | Sold<br>(part) | 12/16/20 | J | A | |
| 56. - Corning Inc | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 57. - Corteva Inc | A | Dividend | J | T | | | | | |
| 58. - CSX Corp | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 59. - Diageo PLC | A | Dividend | | | Sold | 12/16/20 | J | B | |
| 60. - Discover Finl S | A | Dividend | | | Sold | 03/24/20 | J | A | |
| 61. - Dow Inc | A | Dividend | J | T | | | | | |
| 62. - Duke Energy Corp | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 63. - DuPont De Nemours Inc | A | Dividend | J | T | | | | | |
| 64. - Essential Utils Inc | B | Dividend | | | Sold | 12/16/20 | L | E | |
| 65. - FedEx Corp. | A | Dividend | J | T | | | | | |
| 66. - First Eagle Global A | A | Dividend | | | Buy<br>(add'l) | 12/01/20 | J | | |
| 67. | A | Distribution | | | Sold | 12/16/20 | J | A | |
| 68. - FirstEnergy Corp | A | Distribution | | | Sold | 12/16/20 | J | A | |

1 Income Gain Codes:    A =$1,000 or less    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 =More than $5,000,000
2 Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    O =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 =More than $50,000,000
3 Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. - Home Depot, Inc. - common stock | A | Dividend | K | T | | | | | |
| 70. - Honeywell International | A | Dividend | | | Sold | 12/16/20 | J | D | |
| 71. - Invesco PA Value Muni Income | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 72. - Invesco Senior Incm TR | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 73. - iShares Core S&P Small-Cap | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 74. - iShares National AMT-Free Muni Bond | A | Dividend | M | T | Buy | 12/18/20 | M | | |
| 75. - iShares Russell 1000 Growth | A | Dividend | K | T | Buy | 12/18/20 | K | | |
| 76. - iShares Russell 1000 Value | A | Dividend | L | T | Buy | 12/18/20 | K | | |
| 77. - iShares Russell Mid Cap Growth | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 78. - iShares Russell Mid-Cap Value | A | Dividend | J | T | Buy | 12/18/20 | J | | |
| 79. - iShares S&P 500 | A | Dividend | M | T | Buy | 12/18/20 | M | | |
| 80. - iShares S&P Small-Cap 600 Growth | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 81. - iShares S&P Small-Cap 600 Value | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 82. - Johnson & Johnson - common stock | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 83. - JP Morgan Chase & Co. - common stock | A | Dividend | | | Sold | 08/04/20 | J | C | |
| 84. - McCormick & Co Inc. - common stock CHECK THIS | A | Dividend | | | Sold | 12/16/20 | K | E | |
| 85. - McDonalds Corp. - common stock | A | Dividend | | | Sold | 12/16/20 | J | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86.   - Medtronic Inc. - common stock | A | Dividend | | | Sold | 12/16/20 | J | C | |
| 87.   - Merck & Co Inc | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 88.   - Microsoft Corp. - common stock | A | Dividend | M | T | | | | | |
| 89.   - Mortgage Asset Securitization Trust | A | Interest | J | T | Sold (part) | 11/25/20 | J | A | |
| 90. | | | | | Sold (part) | 12/25/20 | J | A | |
| 91.   - NextEra Energy Inc | A | Dividend | L | T | | | | | |
| 92.   - Nordson Corporation - common stock | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 93.   - Nuveen PA Quality Municipal | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 94.   - Pepsico, Inc. - common stock | A | Dividend | | | Sold | 12/16/20 | J | D | |
| 95.   - Pfizer Inc. | A | Dividend | | | Sold | 12/16/20 | J | B | |
| 96.   - Phillips 66 | A | Dividend | J | T | Sold (part) | 12/16/20 | J | C | |
| 97.   - PPL Corp | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 98.   - Public Storage | A | Dividend | K | T | | | | | |
| 99.   - RPM International Inc | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 100.  - Sempra Energy | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 101.  - South Jersey Inds Inc - common stock | B | Dividend | | | Sold | 12/16/20 | K | A | |
| 102.  - Stryker Corp. - common stock | A | Dividend | | | Sold | 12/16/20 | K | E | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  - Sweep Money Market | A | Dividend | O | T | | | | | |
| 104.  - Texas Instruments Inc. - common stock | A | Dividend | K | T | | | | | |
| 105.  - Upper Trinity TX Regional Water District 3.5% | A | Dividend | K | T | Buy | 12/31/20 | K | | |
| 106.  - VanEck International Investors Gold A | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 107.  - Verizon Communications - common stock | A | Dividend | | | Sold | 12/16/20 | K | D | |
| 108.  - VF Corp - common stock | A | Dividend | | | Sold | 12/16/20 | J | C | |
| 109.  - Viatris Inc | A | Dividend | | | Sold (part) | 11/17/20 | J | A | |
| 110. | | | | | Sold | 12/16/20 | J | A | |
| 111.  - Wal-Mart De Mex Sab Adrf | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 112.  - Walt Disney Co | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 113. | | | | | | | | | |
| 114. Schwab Acct #2 (H) | | | | | | | | | |
| 115.  - iShares Russell Mid Cap Growth | A | Dividend | L | T | | | | | |
| 116.  - iShares Russell Mid-Cap Value | A | Dividend | L | T | | | | | |
| 117. | | | | | | | | | |
| 118. Schawb Acct #3 (H) | | | | | | | | | |
| 119.  - Advantage Bank Deposit | A | Dividend | | | Sold | 08/13/20 | M | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐     NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120.  - Blackrock Res & Comm Strat Tr - mutual fund | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 121.  - CBRE Clarion Global R.E. - mutual fund | A | Dividend | | | Sold | 12/16/20 | K | B | |
| 122.  - ClearBridge International Growth I | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 123.  - Cohen & Steers Infrastructure - mutual fund | A | Dividend | | | Sold | 12/16/20 | K | E | |
| 124.  - DFA Emerging Markets Portfolio | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 125. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 126.  - Eaton Vance Senior Income Trust Fund - mutual fund | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 127.  - Eaton Vance Ltd Dur, Inc. - common stock | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 128.  - First Tr Sr Floating Rate | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 129.  - General Electric - common stock | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 130.  - Global Self Storage Group, Inc. | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 131.  - Hershey - common stock | A | Dividend | | | Sold | 12/16/20 | L | F | |
| 132.  - Invesco Sr Income Tr - mutual fund | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 133.  - Lumonall Inc. | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 134.  - Mastr Asset 2003-12 6A1 - gov't bond | A | Dividend | J | T | | | | | |
| 135.  - Pfizer - common stock | A | Dividend | | | Sold | 12/16/20 | K | E | |
| 136.  - Rite Aid | A | Dividend | | | Sold | 12/16/20 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 137.   - T. Rowe Price International Discovery I | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 138.   - Vanguard Inflation-Protected Securities | A | Dividend | M | T | Buy | 12/18/20 | M | | |
| 139. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 140.   - Vanguard Real Estate | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 141. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 142.   - Vanguard Total Bond Market | A | Dividend | L | T | Buy | 12/18/20 | L | | |
| 143. | | | | | Buy<br>(add'l) | 12/28/20 | J | | |
| 144.   - Verizon Communications, Inc. | A | Dividend | | | Sold | 12/16/20 | K | C | |
| 145.   - Viatris Inc. | A | Dividend | | | Sold<br>(part) | 11/18/20 | J | A | |
| 146. | | | | | Sold | 12/16/20 | J | A | |
| 147.   - Western Aset Clym Infl Opp In - mutual<br>fund | A | Dividend | | | Sold | 12/16/20 | K | A | |
| 148. | | | | | | | | | |
| 149.  Schwab Acct #4 (H) | | | | | | | | | |
| 150.   - Advantage Primary Liquid Fund | A | Dividend | | | Sold | 08/13/20 | L | A | |
| 151.   - Eaton Vance Ltd | A | Dividend | | | Sold | 12/16/20 | J | A | |
| 152.   - Master Asset Tr | A | Int./Div. | J | T | | | | | |
| 153.   - Vanguard Inflation-Protected Securities | B | Dividend | M | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 154.  - DFA International Small Cap Value Portfolio | A | Dividend | L | T | | | | | |
| 155.  - DFA International Value | A | Dividend | L | T | | | | | |
| 156. | | | | | | | | | |
| 157.  Schwab Acct #5 (H) | | | | | | | | | |
| 158.  - NextEra Energy Inc. | B | Dividend | L | T | | | | | |
| 159.  - T. Rowe Price European Stock | A | Dividend | J | T | | | | | |
| 160.  - T. Rowe Price Small Cap | D | Dividend | M | T | | | | | |
| 161. | | | | | | | | | |
| 162.  Seneca Valley, PA Municipal Bond | A | Interest | J | T | | | | | |
| 163. | | | | | | | | | |
| 164.  TIAA-CREF Acct #1 (H) | | | | | | | | | |
| 165.  - TIAA Traditional Annuity | A | Int./Div. | J | T | | | | | |
| 166.  - CREF Bond Market R1 | A | Int./Div. | J | T | | | | | |
| 167. | | | | | | | | | |
| 168.  TIAA-CREF Acct #2 (H) | | | | | | | | | |
| 169.  - TIAA-CREF Lifestyle Growth Fund | A | Dividend | J | T | | | | | |
| 170.  - TIAA-CREF Managed Allocation Fund | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 171. | | | | | | | | | |
| 172.  US Treasury securities | A | Interest | J | T | | | | | |
| 173. | | | | | | | | | |
| 174.  Vanguard Voyager Acct (H) | | | | | | | | | |
| 175.  Vanguard Federal Money Market Fund (VMFXX) | A | Int./Div. | J | T | | | | | |
| 176.  Vanguard Cash Reserves Federal Money Market Fund Inv Shares (VMMXX) | A | Int./Div. | J | T | | | | | |
| 177. | | | | | | | | | |
| 178.  Vanguard 401(k) (H) | | | | | | | | | |
| 179.   - Vanguard Value Index Adm | A | Dividend | J | T | | | | | |
| 180.   - Vanguard 500 Index Adm | A | Dividend | J | T | | | | | |
| 181.   - Fidelity Advisor New Insights I | A | Dividend | J | T | | | | | |
| 182.   - Vanguard Small-Cap Value Index Adm | A | Dividend | J | T | | | | | |
| 183.   - Vanguard Small-Cap Growth Index Adm | A | Dividend | J | T | | | | | |
| 184.   - Vanguard Real Estate Index Adm | A | Dividend | J | T | | | | | |
| 185.   - BlackRock Global Allocation lnstl | A | Dividend | J | T | | | | | |
| 186.   - Vanguard FTSE All-World ex-US ldx Adm | A | Dividend | J | T | | | | | |
| 187.   - Vanguard Developed Mkts Index Adm | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Frank, Eric L. | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. - Vanguard Emerging Mkts Stock ldx Adm | A | Dividend | J | T | | | | | |
| 189. - DFA Global Real Estate Securities | A | Dividend | J | T | | | | | |
| 190. - Vanguard Short Term Corp 8d Index Adm | A | Dividend | J | T | | | | | |
| 191. - Loomis Sayles Sr Floating Rate and F/I Y | A | Dividend | J | T | | | | | |
| 192. - Fidelity Advisor Strategic Income I | A | Dividend | J | T | | | | | |
| 193. - Loomis Sayles Strategic Income Y | A | Dividend | J | T | | | | | |
| 194. - PIMCO Total Return lnstl | A | Dividend | J | T | | | | | |
| 195. - Vanguard High Yield Corp Adm | A | Dividend | J | T | | | | | |
| 196. - Vanguard Cash Reserves Federal MM Inv | A | Dividend | J | T | | | | | |
| 197. - Vanguard Small-Cap Index Adm | A | Dividend | J | T | | | | | |
| 198. | | | | | | | | | |
| 199. Venerable Annuity (H) | | | | | | | | | |
| 200. - Voya Balanced Income Portfolio - Class S | A | Int./Div. | J | T | | | | | |
| 201. - Voya Large Cap Value Portfolio - Class S | A | Int./Div. | J | T | | | | | |
| 202. - Voya Global High Dividend Low Volatility Class S | A | Int./Div. | J | T | | | | | |
| 203. | | | | | | | | | |
| 204. Wells Fargo - savings; checking; CD | A | Interest | L | T | | | | | |

| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | | | | | |
| 206. WSFS Bank | A | Interest | L | T | | | | | |
| 207. | | | | | | | | | |
| 208. Zurich Advantage III - 403(b) TSA (Stable Value Fund) | B | Int./Div. | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Frank, Eric L.** | 12/03/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

CenturyLink (Oppenheimer Acct #3 in 2019) merged into Lumonall, which is now reported in Schwab Acct #3.

Equity Income Fund Units First S&P 500 Index Ser Tech was reported in the 2019 disclosure but there is no record of this fund, so it has been removed for 2020.

Fidelity 403(b) from 2019 was rolled over into Schwab Acct #4 in 2020.

Shares of NextEra Energy from 2019 were transferred into Schwab Acct #5 in 2020.

Merrill Acct #1 from 2019 was transferred into Schawb Acct #1 in 2020.

Merrill Acct #2 from 2019 was transferred into Schwab Acct #2 in 2020.

Oppenheimer Acct #1 from 2019 was transferred into Schwab Acct #1 in 2020.

Oppenheimer Acct #2 from 2019 was transferred into Schwab Acct #4 in 2020.

Oppenheimer Acct #3 from 2019 was transferred into Schwab Acct #3 in 2020.

An Oppenheimer account that was reported in previous disclosures was rolled into Schwab Acct #3 in 2020.

PAL Capital Income IA was reported in the 2019 disclosure but there is no record of this fund, so it has been removed for 2020.

T. Rowe Price Brokerage account and T. Rowe Price International Mutual Fund from 2019 were transferred into Schwab Acct #5 in 2020.

Van Eck Global Fund from 2019 was transferred into Schwab Acct #1 in 2020.

Vanguard Money Market Funds from 2019 were transferred into Schwab Acct #2 in 2020.

Zurich Advantage III - 403(b) TSA (Stable Value Fund) on line 206 has no discernable underlying stocks or bonds. 100% invested in stable value fund.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Eric L. Frank**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544